**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ZANNA SHAPIRO,

|  |  |  |
|---|---|---|
| Plaintiff, | | **25 Civ. No. 6209 (JLR)** |
| -against- | | **PRE-SETTLEMENT** |
| | | **CONFERENCE ORDER** |

MOUNT SINAI HEALTH SYSTEM, *et al.,*

                                    Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Pre-Settlement Conference Call on **Friday, March 20, 2026 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 222 476 907#.**

SO ORDERED.

DATED:       New York, New York
              March 2, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge