**MEMO ENDORSED**

akerman

Rory J. McEvoy

Akerman LLP
251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

April 24, 2026

**VIA ECF**
Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **Shapiro v. Mount Sinai Health System, et al.**
       **25 Civ. 06209 (JLR) (GS)**

Dear Judge Stein:

On behalf of our clients, Defendants The Mount Sinai Hospital (named herein as "Mount Sinai Health System") and Francys Rodriguez, and after consultation with Plaintiff's counsel, Rudy Dermesropian, the parties renew their request that a settlement conference be scheduled after written discovery is complete and after Plaintiff is deposed.  During the pre-settlement telephone call on March 20, 2026, Your Honor asked the parties when we thought that a settlement conference should be scheduled.  I believe that I responded, and Mr. Dermesropian agreed, that a settlement conference should wait to be scheduled until after written discovery is complete and Plaintiff's deposition is taken.  Your Honor agreed to that schedule.  To date, written discovery is not complete and Plaintiff has not been deposed.

Nevertheless, Mr. Dermesropian and I have received several e-mails, most recently on April 8, 2026, from your Courtroom Deputy, Mr. Tanuj Arora, asking us to "Kindly confer and pick a convenient date for settlement.  The Court's calendar is filling up for May and we are starting to schedule in June."

Written discovery and Plaintiff's deposition will not be completed until June 16 at the earliest which assumes that there are no disputes that need to be resolved and no follow up discovery that needs to be taken.  Accordingly, the parties request that a settlement conference not be scheduled until after written discovery is complete and Plaintiff's deposition is taken.

Respectfully submitted,

*/s/ Rory J. McEvoy*

Rory J. McEvoy

akerman.com

Honorable Gary Stein
April 24, 2026
Page 2

_____

CC:    Rudy A. Dermesropian, Counsel for Plaintiff (via ECF)

Application granted.  The parties shall confer and provide the Court with three proposed times for a settlement conference via email to GSteinNYSDChambers@nysd.uscourts.gov by no later than May 11, 2026.  SO ORDERED.

Dated: April 30, 2026
       New York, New York

SO ORDERED:

HON. GARY  STEIN
UNITED STATES MAGISTRATE JUDGE